# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Dublin Crossing, LLC | ) ASBCA No. 63659 |
| | ) |
| Under Contract No. N/A | ) |

APPEARANCE FOR THE APPELLANT:   Jon K. Wactor, Esq.
  Wactor Environmental Law Group, P.C.
  Oakland, CA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Colby K. Stewart, Esq.
Amanda R. Fuller, Esq.
Schuyler Lystad, Esq.
Chelsea M. Fuentes
  Engineer Trial Attorneys
  U.S. Army Engineer District, Sacramento

E. Christopher Lambert, Esq.
  Engineer Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: March 26, 2024

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63659, Appeal of Dublin Crossing LLC, rendered in conformance with the Board's Charter.

Dated:  March 27, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals